

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00073-CV

———————————————

IN RE CARDONE INDUSTRIES, INC., Relator

———————————————

Original Proceeding
Trial Court No. 017-271617-14

———————————————

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest BBB Industries, LLC's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(c). We lift the stay entered by this court on March 5, 2019.

Per Curiam

Delivered: April 9, 2019